SAMUEL GREENVALD and BERTHA LEVY, Respondents, v. JAMES G. BLAINE and Others, Defendants; REMINGTON RAND, INC., Appellant.— In a derivative, representative stockholders' action, resettled order granting stay modified by striking out the decretal paragraphs therein and substituting therefor the following paragraphs: " ORDERED that all further proceedings in this action on the part of the plaintiffs except for the review of this order, so long as the two actions pending in this court in and for the county of New York entitled respectively, ' Samuel Leech et al., plaintiffs, against Henry J. Fuller et al., defendants ' and ' Louis Mintzer, plaintiff, against Theodore F. Allen et al., defendants,' are not discontinued or otherwise finally disposed of, be and the same hereby are stayed, and that the defendant be not required to answer, on condition that the moving defendant stipulate to consent to consolidate this action with the said two actions pending in this court in and for the county of New York, entitled respectively, ' Samuel Leech et al., plaintiffs, against Henry J. Fuller et al., defendants,' and ' Louis Mintzer, plaintiff, against Theodore F. Allen et al., defendants; ' without prejudice to an application by plaintiffs for leave to intervene in the Leech or Mintzer action; and it is further ORDERED, that if such stipulation is not filed within ten (10) days after service of this order, the motion of said defendant for a stay is denied." As thus modified, the order is affirmed, without costs. The time of appellant to file the stipulation to consolidate is extended until ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JAMES K. IRVING, Appellant, v. THE TEXAS COMPANY and MERRICKER REALTY CORPORATION, Respondents.— Judgment dismissing the plaintiff's complaint at the close of the plaintiff's case in an action brought by the plaintiff against his lessor to recover damages for breach of the landlord's covenant of quiet enjoyment unanimously affirmed, with costs to respondent The Texas Company. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of OTTO A. HANSEN, Respondent, for a Mandamus Order against MARBLETTE CORPORATION, a Domestic Corporation, Its Secretary, Assistant Secretary, Treasurer, Assistant Treasurer and President and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Appellant.— Final order directing appellant to permit an examination and inspection of certain of its books and records by respondent unanimously affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of EUGENE E. LOSEE, Appellant, for an Order against EDWIN W. WALLACE, as Commissioner of Public Welfare of the County of Nassau, and RICHARD H. BROWN and Others, Constituting the Nassau County Civil Service Commission, and THEODORE BEDELL, JR., as Comptroller of the County of Nassau, Respondents.— Order denying the motion of the petitioner for an order placing this proceeding, brought under article 78 of the Civil Practice Act, on the jury calendar of the Supreme Court, Nassau county, for the trial of an issue of fact, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.